**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

JUSTICE SCOTT STADLER,

      Plaintiff,

      v.                      Case No. 25-C-1800

PETER NAVIS et al.,

      Defendants.

### DECISION AND ORDER GRANTING DEFENDANT GENA JARR'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON EXHAUSTION GROUNDS

Plaintiff Justice Scott Stadler is representing himself in this 42 U.S.C. § 1983 action. On May 26, 2026, Defendant Gena Jarr filed a motion for partial summary judgment on the ground that Stadler did not exhaust the available administrative remedies against her before he initiated this action. In a notice and order, the court reminded Stadler that, under Civil Local Rule 56(b)(2), his response materials were due by June 25, 2026. Dkt. No. 48. The court warned Stadler that, if he failed to respond to the motion by the deadline, the court would accept all facts asserted by Jarr as undisputed, which would likely result in summary judgment being granted in Jarr's favor. The deadline has passed, and Stadler did not respond to Jarr's motion or explain why he was unable to do so.

The court has reviewed Jarr's motion, brief in support, and the undisputed facts, *see* Fed. R. Civ. P. 56(e)(2), and concludes that Jarr is entitled to summary judgment, *see* Fed. R. Civ. P. 56(e)(3). Based on the proposed findings of fact submitted by Jarr and deemed true as a result of Stadler's failure to respond, the court finds that Stadler did not exhaust the available administrative remedies against Jarr before he filed this case. Jarr is therefore entitled to summary judgment.

*See* 42 U.S.C. § 1997e(a); *Dole v. Chandler*, 438 F.3d 804, 809 (7th Cir. 2006) ("This circuit has taken a strict compliance approach to exhaustion.").

**IT IS THEREFORE ORDERED** that Jarr's motion for partial summary judgment (Dkt. No. 44) is **GRANTED**. Stadler's claims against Jarr are **DISMISSED without prejudice**. The clerk is directed to terminate Jarr as a defendant in this case.

Dated at Green Bay, Wisconsin this 8th day of July, 2026.

William C. Griesbach
United States District Judge

2